```
BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>LUIS "PEPE" ALONSO SARAVIA, JR.<br><br><br>          Defendant. | CR. No. S. 03-125 JAM<br><br>GOVERNMENT'S MOTION AND ORDER<br>TO DISMISS INDICTMENT |

The United States, by and through its attorneys, United States Attorney Benjamin B. Wagner and Assistant U.S. Attorney Carolyn K. Delaney, hereby moves to dismiss the indictment pending against the above-captioned defendant pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

DATED: May 3, 2010                      BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Carolyn K. Delaney
                                   By:_____
                                        CAROLYN K. DELANEY
                                        Assistant U.S. Attorney

**ORDER**

Having considered the government's motion, it is hereby ordered that the Indictment against defendant Luis "Pepe" Alonso Saravia, Jr. in CR.S. 03-125 JAM be dismissed pursuant to Rule 48 of the Federal Rules of Procedure.

Dated: May 4, 2010

/s/ John A. Mendez

Honorable John A. Mendez
United States District Judge